IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-934-wmc

UNITED STATES TREASURY
DEPARTMENT and
DIRECT EXPRESS/MASTER CARD,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _[signature]_, Deputy Clerk
    Peter Oppeneer, Clerk of Court

1-3-2013
Date